(October 18, 1922.)·

In the Matter of the Person and Estate of WILLIAM LINDSAY. W. E. COLLINS, Respondent, v. WILLIAM K. LINDSAY, Appellant.

[210 Pac. 133.]

GUARDIANSHIP PROCEEDING—ALLOWANCE FOR SERVICES AND EXPENSES ON APPEAL.

1. On appeal in a guardianship proceeding the supreme court has no jurisdiction to make an original order for an allowance to the guardian or services rendered and expenses incurred on appeal.

2. Claim against the estate for such services and expenses must be presented to the probate court for settlement and allowance.

APPEAL from the District Court of the Sixth Judicial District, for Bingham County. Hon. Ralph W. Adair, Judge.

Appeal in guardianship proceeding. Guardian's motion for allowance for services and attorney fee denied. Appellant's motion to dismiss appeal sustained.

Peterson & Coffin, for Appellant.

W. A. Beakley, for Respondent.

Counsel file no briefs.

McCARTHY, J.—This is a guardianship proceeding. Appellant has moved to dismiss the appeal. Respondent, the former guardian, makes an original application in this court for an additional allowance to him on account of services rendered and attorney fees incurred on this appeal. This court has no jurisdiction to make such allowance. His claim against the estate for such services and expenses must be presented to the probate court for settlement and allowance. (C. S., sec. 7868.)

Respondent's application is denied and appellant's motion to dismiss the appeal is granted.

Rice, C. J., and Budge, Dunn and Lee, JJ., concur.